UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANTONIO ANDRADE,
    Plaintiff,

    v.                                          Civil Action
                                              No. 10-11698-RWZ

MICHAEL J. ASTRUE, COMMISSIONER
OF THE SOCIAL SECURITY ADMINISTRATION,
    Defendant.

ORDER ON MOTION TO
PROCEED WITHOUT PREPAYMENT OF FEES

ZOBEL, D.J.

    Upon review of the plaintiff's complaint, it is hereby ORDERED that:

(1)    plaintiff's Motion for Leave to Proceed *in forma pauperis* (Docket No. 2) is GRANTED.

(2)    The Clerk shall issue summons(es).

(3)    The Clerk shall send the summons(es), complaint, and this Order to the plaintiff, who must thereafter serve the defendant(s) in accordance with Federal Rule of Civil Procedure 4(m). The plaintiff may elect to have service made by the United States Marshal. If directed by the plaintiff to do so, the United States Marshal shall serve the summons(es), complaint, and this Order upon the defendant, in the manner directed by the plaintiff, with all costs of service to be advanced by the United States Marshal Service. Notwithstanding Fed. R. Civ. P. 4(m) and Local Rule 4.1, the plaintiff shall have 120 days from the date of this Order to complete service.

SO ORDERED.

                                                          /s/ Rya W. Zobel
                                                          UNITED STATES DISTRICT JUDGE

DATED: October 7, 2010